# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EIBON MCELROY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TAMMY CAMPBELL, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-0982 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE WITHIN 30 DAYS<br><br>(Docs. 6, 8, 11) |

Eibon McElroy seeks to proceed *in forma pauperis* in this action, in which he alleges the defendants violated his civil rights while housed at North Kern State Prison. (Docs. 1, 6.) The magistrate judge identified four actions that qualified as strikes under 28 U.S.C. § 1915(g). (Doc. 8 at 2.) In addition, the magistrate judge found Plaintiff's "allegations are insufficient to show that there is a real and imminent threat to Plaintiff's personal safety," because Plaintiff challenges aspects of medical care provided several years ago at a different prison. (*Id.* at 3.) Therefore, the magistrate judge found the imminent danger exception to Section 1915 does not apply and recommended the motion to proceed *in forma pauperis* be denied. (*Id.* at 4.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 30 days. (Doc. 8 at 5.) The Court advised Plaintiff the "failure to file any objections within the specified time may result in the waiver of certain rights on appeal." (*Id.* at 4–5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) The Court granted

1  Plaintiff's request for a 45-day extension of time to file the objections. (Docs. 9, 10.) However, he
2  did not file objections. Instead, Plaintiff filed a "judicial notice of exceptional circumstances,"
3  which appears to be a request for appointment of counsel and a continuance. (Doc. 11.)

4  Even if the Court were to construe Plaintiff's "judicial notice" (Doc. 11) as objections to
5  the Findings and Recommendations, Plaintiff does not address the specific findings of the
6  magistrate judge. (*See generally id.*) Rather, Plaintiff complains of his lack of access to the law
7  library and healthcare. He contends "for these reasons the inability to meet these due dates and
8  present rebuttal that vindicates the constitutional contention and innocence of the Plaintiff/
9  claimant party . . . is not and should not be deemed as the Plaintiff's errors." (*Id.* at 2.)
10 Importantly, however, Plaintiff's innocence is not at issue in this proceeding. Plaintiff does not
11 dispute the determination that the allegations in his complaint do not show imminent danger of
12 physical harm. He also does not dispute the magistrate judge's finding that the actions identified
13 qualify as strikes under Section 1915(g).

14 According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case.
15 Having carefully reviewed the entire matter, the Court concludes the Findings and
16 Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

17  1. The Findings and Recommendations filed on January 14, 2025 (Doc. 8) are
18     **ADOPTED** in full.
19  2. Plaintiff's motion to proceed *in forma paupers* (Doc. 6) is **DENIED.**
20  3. Within 30 days from the date of service of this order, Plaintiff **SHALL** pay in full
21     the $405.00 to proceed with his action.

22  **Plaintiff is advised that failure to pay the required filing fee as ordered will result in**
23  **the dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated:    **April 3, 2025**

UNITED STATES DISTRICT JUDGE

2